32044. LASSETER v. GRIFFIN.

TOWNSEND, J. Although the evidence might authorize a different verdict, where there is enough to support the verdict found, the judgment of the trial court refusing a new trial on the general grounds will not be disturbed. See Code (Ann.), § 70-202, and annotations under catchwords, "Any evidence."

The judgment of the trial court, overruling the motion for a new trial on the general grounds only is without error.

*Judgment affirmed.  MacIntyre, P. J., and Gardner, J., concur.*

Decided July 16, 1948.

*Henry B. Sutton,* for plaintiff in error.
*D. E. Griffin,* contra.